

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00087-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On February 14, 2022, relator filed a petition for writ of mandamus, and the respondent filed a response. We conditionally GRANT the petition for writ of mandamus and ORDER the Honorable Mary Lou Alvarez to, no later than fifteen days from the date of this order, VACATE decretal paragraphs 2.7 and 2.8 of her February 11, 2022 "Progress Report Order." *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Alvarez has failed to comply with this order. We DENY the relief requested in relator's Motion for Review of Further Orders.

It is so **ORDERED** on August 10, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the orders at issue in this original proceeding.